UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 4

| | |
|---|---|
| FUTURE DIAGNOSTICS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES;<br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,<br><br>        Defendants. | **Summons**<br>Court No. 20-03246 |

To:   The Above-Named Defendants:

      You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                          */s/Mario Toscano*
                                                        Clerk of the Court


                                                        Andrew T. Schutz

                                                        GRUNFELD, DESIDERIO, LEBOWITZ
                                                       SILVERMAN & KLESTADT LLP
                                                       1201 New York Ave., NW, Suite 650
                                                       Washington, DC 20005
                                                       202-783-6881


    /s/ Andrew T. Schutz
Signature of Plaintiff's Attorney
Dated:  September 21, 2020


10746899_1